UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS *for* RESPONSIBILITY** <br>   **and ETHICS *in* WASHINGTON,** <br> 11 Dupont Circle, N.W. <br> Washington, D.C. 20036 <br><br>       **Plaintiff,** <br><br>   v. <br><br> **U.S. DEPARTMENT *of* HEALTH** <br>   **and HUMAN SERVICES,** <br> Independence Avenue, S.W. <br> Washington, D.C. 20201 <br><br>       **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1127 (CKK) <br> ) Electronic Case Filing <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the Defendant in the above-captioned case.

Dated: July 7, 2005.

                                                     Respectfully submitted,

                                                     /s/
                                                     JANE M. LYONS, D.C. Bar #451737
                                                     Assistant United States Attorney
                                                     United States Attorney's Office
                                                     Civil Division
                                                     555 4th Street, N.W. - Room E4822
                                                     Washington, D.C. 20530
                                                     (202) 514-7161

                                                     Annette L. Dennis
                                                     Paralegal Assistant