UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS *for* RESPONSIBILITY<br>  and ETHICS *in* WASHINGTON,<br><br>         Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT *of* HEALTH<br>  *and* HUMAN SERVICES,<br><br>         Defendant. | Civil Action No. 05-1127 (CKK)<br>Electronic Case Filing |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

The defendant United States Department of Health and Human Services ("HHS"), respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Specifically, defendant requests that the deadline be extended from July 8, 2005 until July 26, 2005. Plaintiff, through its counsel, graciously consents to the relief sought in this motion. The grounds for this motion are set forth below.

Plaintiff's FOIA request is quite broad. According to the request, plaintiff is seeking records:

> relat[ing] to any contact, dating from January 1, 2001, that any office of the Department of Health and Human Services may have had with any external public affairs firms including, but not limited to Ketchum Public Affairs and Fleischman-Hilliard Public Affairs. Specifically, we request the release of any contract the Department of Health and Human Services may have entered into with any public affairs firm. We further request records of contacts any Department of Health and Human Services employee may have had with any employee of any public relations firm with which the Department of Health and Human Services had a contractual relationship.

See Complaint, Exhibit D (January 11, 2005 FOIA Request).  Plaintiff also requested a fee waiver which HHS denied on or about July 1, 2005.  Because defendant only denied plaintiff's request for a waiver of fees after this litigation was filed, the complaint does not include a challenge to a fee waiver.  Significantly, plaintiff's counsel has informed undersigned counsel that plaintiff filed an administrative appeal of the denial of the fee waiver during the week of July 4, 2005.  That appeal is proper.  See Jeanes v. Department of Justice, 357 F.Supp.2d 119, 123 (D.D.C. 2004) (holding that court lacked subject matter jurisdiction over the denial of a fee waiver under the FOIA where plaintiff failed to administratively appeal the denial).  HHS has not yet received plaintiff's appeal.  Defendant should be given a reasonable amount of time to resolve plaintiff's appeal regarding the request for a fee waiver because such resolution may obviate the need for the parties to litigate the issue and for the Court to resolve it.  HHS has agreed to resolve plaintiff's appeal within ten days of its receipt.  The time being requested in this motion anticipates that the administrative appeal will be resolved prior to the expiration of this extension.

In addition, as of the filing of this motion, undersigned counsel has been informed by personnel at HHS that the search for responsive documents is ongoing.  HHS has also indicated that it is willing to release responsive documents, after they have been processed under the FOIA, to plaintiff on a rolling basis.  Undersigned counsel expects to receive more information from HHS personnel familiar with the search in the next couple of weeks regarding when HHS expects to conclude its search and begin producing any responsive documents.  Counsel for the parties have discussed their mutual expectation that they will be in a position to propose a briefing schedule by July 26, 2005.  As of the filing of this motion, however, undersigned counsel has

insufficient information from HHS to respond to the Complaint or to have a reasonable expectation of when defendant will be in a position to file a complete dispositive motion.

This is the defendant's first request for an enlargement of time and no scheduling order has been entered in this case. This extension is sought in good faith and will not unfairly prejudice any party. Allowing the defendant a reasonable amount of additional time to formulate a response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, the defendant respectfully request that the time for answering or otherwise responding to the complaint be extended to and including July 26, 2005.

Dated: July 8, 2005.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161