Melanie Sloan
D.C. Bar No. 454584
Anne L. Weismann
D.C. Bar No. 298190
Citizens for Responsibility
and Ethics in Washington
11 Dupont Circle, N.W.
2nd Floor
Washington, D.C.  20036
202-588-5565

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZENS FOR RESPONSIBILITY AND        :
ETHICS IN WASHINGTON                   :
11 Dupont Circle, N.W.                 :
Washington, D.C.  20036                :
                                       :
          Plaintiff,                   :
                                       :
     v.                                :  Civil Action No. 1:05CV01127(CKK)
                                       :
U.S. DEPARTMENT OF HEALTH AND          :
HUMAN SERVICES                         :
Independence Avenue, S.W.              :
Washington, D.C.  20201                :
                                       :
          Defendant.                   :
_____:

**MOTION TO AMENDED COMPLAINT**
**AND MEMORANDUM IN SUPPORT**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") hereby moves to amend its Complaint as a matter of course pursuant to Rule 15 of the Federal Rules of Civil Procedure.  As grounds for this motion, Plaintiff states as follows:

1.  On June 6, 2005, Plaintiff filed its complaint against Defendant U.S. Department of

Health and Human Services ("HHS") under the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, as amended. At that time, HHS had neither responded to Plaintiff's FOIA request for records, nor responded to Plaintiff's request for a waiver of fees associated with processing its FOIA request.

2. After CREW filed its complaint, HHS denied CREW's request for a fee waiver by letter dated June 30, 2005. A copy of this denial is attached as Exhibit G to the accompanying Amended Complaint.

3. By letter dated July 6, 2005, CREW filed an administrative appeal with HHS of HHS's initial determination to deny CREW's request for a fee waiver. A copy of CREW's administrative appeal is attached as Exhibit H to the accompanying Amended Complaint.

4. On July 14, 2005, HHS denied CREW's appeal and upheld HHS's initial denial of CREW's request for a waiver of fees. A copy of HHS's denial of July 14, 2005, is attached as Exhibit I to the accompanying Amended Complaint.

5. Because CREW has now exhausted all administrative appeals of the denial of CREW's request for a fee waiver, this matter is now properly before this Court. See, e.g., Oglesby v. U.S. Dep't of Army, 920 F.2d 57, 65 (D.C. Cir. 1990).

6. Rule 15 of the Federal Rules of Civil Procedure provides that "at any time before a responsive pleading is served" a party "may amend the party's pleading once as a matter of course." Defendant HHS has not yet responded to the initial Complaint CREW filed in this matter on June 7, 2005, and has sought leave to extend its time to respond until July 26, 2005. Accordingly, Plaintiff seeks leave to amend that complaint as a matter of course to add the facts and count associated with Defendant's denial of Plaintiff's request for a fee waiver.

**CONCLUSION**

Wherefore, for the foregoing reasons, Plaintiff requests that this motion be granted and that Plaintiff be permitted to amend its complaint, as a matter of course, pursuant to Rule 15 of the Federal Rules of Civil Procedure.

Respectfully submitted,

\_\_\_\_\_/s/_____
Melanie Sloan
(D.C. Bar No. 434584)
Anne L. Weismann
(D.C. Bar No. 298190)
Citizens for Responsibility and
 Ethics in Washington
11 Dupont Circle, N.W.
Washington, D.C. 20036
Phone: (202) 588-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

Dated: July 20, 2005