UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS *for* RESPONSIBILITY**<br> and **ETHICS *in* WASHINGTON,**<br>11 Dupont Circle, N.W.<br>Washington, D.C.  20036<br><br>           **Plaintiff,**<br><br>      v.<br><br>**U.S. DEPARTMENT *of* HEALTH**<br> and **HUMAN SERVICES,**<br>Independence Avenue, S.W.<br>Washington, D.C.  20201<br><br>           **Defendant.** | Civil  Action  No. 05-1127 (CKK)<br>Electronic Case Filing |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of **Jeremiah E. Goulka, Esq.,** as counsel for the Defendant in the above-captioned case, in substitution for Assistant United States Attorney Jane M. Lyons.

Dated: July 26, 2005                    Respectfully submitted,

                         PETER D. KEISLER
                         Assistant Attorney General

                         KENNETH L. WAINSTEIN
                         United States Attorney


                             /s/ Jeremiah E. Goulka
                         ELIZABETH SHAPIRO
                         JEREMIAH E. GOULKA
                         United States Department of Justice
                         Civil Division, Federal Programs Branch
                         P.O. Box 883, Room 6136

                                Washington, D.C.  20044
                                Tel.:  (202) 514-5838
                                Fax:  (202) 616-8202
                                Email: Jeremiah.Goulka@usdoj.gov
                                Attorneys for Defendants

## LOCAL RULE 83.2(j) CERTIFICATE

      I certify that, as an attorney for the United States permitted to appear in this Court pursuant to Local Rule 83.2(e), I have a personal familiarity with this Court's Local Rules.

                                ___/s/ Jeremiah E. Goulka_____
                                JEREMIAH E. GOULKA