UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS for RESPONSIBILITY and ETHICS in WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1127 (CKK) |
| U.S. DEPARTMENT of HEALTH and HUMAN SERVICES, | ) ) ) ) | Electronic Case Filing |
| Defendant. | ) ) | |

**JOINT PROPOSED BRIEFING SCHEDULE**

In response to the Defendant U.S. Department of Health and Human Services ("HHS")'s denial of Plaintiff's request for a fee waiver under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), Plaintiff has now exhausted its administrative appeal and filed a motion for leave to amend the complaint to include a claim relating to the fee waiver. Because Defendant has not yet filed an answer or other responsive pleading in this case, neither leave of Court nor consent of the Defendant is required under Rule 15(a) of the Federal Rules of Civil Procedure. Even if it were, Defendant would have consented to the amendment. Accordingly, the amended complaint should be deemed filed as of the date Plaintiff filed its motion, July 20, 2005, and Rule 15(a) permits Defendant until August 8, 2005 to file its response.[1]

At this point, counsel for the parties have conferred regarding proposing a briefing schedule for the fee issue to advance resolution of this case while HHS continues to search and

---

[1] Rule 15(a) provides for responses to amended complaints to be filed within 10 days after service of the amended complaint. Because service was accomplished through the ECF system, Defendant is also permitted three additional days pursuant to Rule 6(e) of the Federal Rules of Civil Procedure.

process documents in response to Plaintiff's broad FOIA requests for contacts and contracts between HHS and "any external public affairs firms." <u>See</u> Complaint, Exhibit D (January 11, 2005 FOIA request). As noted in Defendant's previous motion to enlarge, Defendant is willing to make rolling production of documents to Plaintiff.[2]

Specifically, after consulting their respective calendars, counsel for the parties propose the following schedule for submitting briefs regarding Defendant's denial of a request for a fee waiver:

| | |
|---|---|
| Plaintiff's Motion: | August 22, 2005 |
| Defendant's Opposition: | September 19, 2005 |
| Plaintiff's Reply: | September 29, 2005 |

No scheduling order has been entered in this case, and this schedule is proposed in the interests of advancing the ultimate resolution of this case.

WHEREFORE, based on the foregoing, the parties respectfully request that the Court enter the proposed briefing schedule on the claims in the amended complaint relating to the denial of a fee waiver in connection with Plaintiff's FOIA request.

Dated: July 26, 2005                         Respectfully submitted,

                                             PETER D. KEISLER
                                             Assistant Attorney General

                                             KENNETH L. WAINSTEIN
                                             United States Attorney

---

[2] Based on information currently available to undersigned counsel, Defendant HHS anticipates filing an answer on August 8, 2005 and requesting additional time beyond August 8, 2005 to complete its search, processing, release, and preparation of a dispositive motion. These activities are sufficiently distinct from the issue involving the fee waiver to allow this case to move forward in the interim.

    /s/ Jeremiah E. Goulka
ELIZABETH SHAPIRO
JEREMIAH E. GOULKA
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Room 6136
Washington, D.C.  20044
Tel.:  (202) 514-5838
Fax:  (202) 616-8202
Email: Jeremiah.Goulka@usdoj.gov
Attorneys for Defendants