UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS for RESPONSIBILITY<br>and ETHICS in WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT of HEALTH<br>and HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 05-1127 (CKK)<br>Electronic Case Filing |

**AMENDED JOINT PROPOSED BRIEFING SCHEDULE**

In response to the Defendant U.S. Department of Health and Human Services ("HHS")'s denial of Plaintiff's request for a fee waiver under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), Plaintiff has now exhausted its administrative appeal and filed a motion for leave to amend the complaint to include a claim relating to the fee waiver. Because Defendant has not yet filed an answer or other responsive pleading in this case, neither leave of Court nor consent of the Defendant is required under Rule 15(a) of the Federal Rules of Civil Procedure. Even if it were, Defendant would have consented to the amendment. Accordingly, the amended complaint should be deemed filed as of the date Plaintiff filed its motion, July 20, 2005, and Rule 15(a) permits Defendant until August 8, 2005 to file its response.[1]

At this point, counsel for the parties have conferred regarding proposing a briefing schedule for the fee issue to advance resolution of this case while HHS continues to search and

---

[1] Rule 15(a) provides for responses to amended complaints to be filed within 10 days after service of the amended complaint. Because service was accomplished through the ECF system, Defendant is also permitted three additional days pursuant to Rule 6(e) of the Federal Rules of Civil Procedure.

process documents in response to Plaintiff's broad FOIA requests for contacts and contracts between HHS and "any external public affairs firms."[2] See Complaint, Exhibit D (January 11, 2005 FOIA request). As noted in Defendant's previous motion to enlarge, Defendant is willing to make rolling production of documents to Plaintiff.[3]

Specifically, after consulting their respective calendars, counsel for the parties propose the following schedule for submitting briefs regarding Defendant's denial of a request for a fee waiver:

| | |
|---|---|
| Plaintiff's Motion: | August 2, 2005 |
| Defendant's Opposition: | August 30, 2005 |
| Plaintiff's Reply: | September 9, 2005 |

No scheduling order has been entered in this case, and this schedule is proposed in the interests of advancing the ultimate resolution of this case.

WHEREFORE, based on the foregoing, the parties respectfully request that the Court enter the proposed briefing schedule on the claims in the amended complaint relating to the denial of a fee waiver in connection with Plaintiff's FOIA request.

---

[2] Undersigned counsel filed a proposed briefing schedule, based upon negotiations between counsel for plaintiff and the previous counsel for defendant, on July 26, 2005. In light of undersigned counsel's entry of appearance on behalf of defendant filed on the same date, the parties have renegotiated the proposed briefing schedule as noted herein.

[3] Based on information currently available to undersigned counsel, Defendant HHS anticipates filing an answer on August 8, 2005 and requesting additional time beyond August 8, 2005 to complete its search, processing, release, and preparation of a dispositive motion. These activities are sufficiently distinct from the issue involving the fee waiver to allow this case to move forward in the interim.

Dated: July 27, 2005                    Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        KENNETH L. WAINSTEIN
                                        United States Attorney


                                           /s/ Jeremiah E. Goulka
                                        ELIZABETH SHAPIRO
                                        JEREMIAH E. GOULKA
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        P.O. Box 883, Room 6136
                                        Washington, D.C.  20044
                                        Tel.:  (202) 514-5838
                                        Fax:  (202) 616-8202
                                        Email: Jeremiah.Goulka@usdoj.gov
                                        Attorneys for Defendants