Melanie Sloan
D.C. Bar No. 454584
Anne L. Weismann
D.C. Bar No. 298190
Citizens for Responsibility
and Ethics in Washington
11 Dupont Circle, N.W.
2nd Floor
Washington, D.C.  20036
202-588-5565

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Circle, N.W.<br>Washington, D.C.  20036<br><br>         Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Independence Avenue, S.W.<br>Washington, D.C.  20201<br><br>         Defendant. | Civil Action No. 1:05CV01127(CKK) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") hereby moves this Court for partial summary judgment on the issue of whether CREW is entitled to a waiver of fees associated with the processing of its Freedom of Information Act request.  There being no genuine issue of

material fact on this claim, Plaintiff is entitled to judgment as a matter of law.  As support for this motion, the Court is respectfully referred to the attached Memorandum of Points and Authorities in Support of Plaintiff's Motion for Partial Summary Judgment and Plaintiff's Statement of Material Facts Not in Genuine Dispute.

                Respectfully submitted,


                ____/s/_____
                Melanie Sloan
                (D.C. Bar No. 434584)
                Anne L. Weismann
                (D.C. Bar No. 298190)
                Citizens for Responsibility and
                 Ethics in Washington
                11 Dupont Circle, N.W.
                Washington, D.C.  20036
                Phone: (202) 588-5565
                Fax: (202) 588-5020

                Attorneys for Plaintiff


Dated: August 1, 2005