UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>Defendant. | : : : : : : : : : : : : : : : : | Civil Action No. 1:05CV01127(CKK) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's Opposition thereto, and the entire record herein, and for the reasons explained in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that Plaintiff's motion for summary judgment be, and hereby is, **GRANTED**, and it is further

**ORDERED** that Defendant shall not charge Plaintiff any fees for the processing of Plaintiff's Freedom of Information Act request, the Court having found that Plaintiff is entitled to a waiver of those fees and Defendant erred as a matter of fact and law when it denied Plaintiff's request for a fee waiver.

Dated: _____                          _____
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge