UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 1:05cv01127(CKK) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF <u>UNDISPUTED MATERIAL FACTS</u>**

1. Admits.

2. Admits.

3. Admits.

4. Admits.

5. Admits.

6. Admits.

7. Defendant disputes the characterization contained in this paragraph, and denies that the referenced article in any way conveys that the government has had a role in creating "covert propaganda."

8. Defendant denies the first averment contained in this paragraph, and avers that it sent Plaintiff both an acknowledgement postcard and an interim response. Defendant admits the remaining averment.

9. Admits.

10. Defendant admits the first averment contained in this paragraph. Defendant disputes

Plaintiff's characterization of its July 6, 2005 letter, states that the referenced letter contains the best evidence of its contents, and maintains that the arguments contained in CREW's administrative appeal of HHS' initial fee determination do not satisfy the requirements for a fee waiver.

11. Defendant admits that by letter dated July 14, 2005, HHS advised CREW that HHS had made a final decision to uphold its denial of CREW's request for a fee waiver. Defendant disputes Plaintiff's characterizations of both CREW's July 6, 2005 letter and HHS' July 14, 2005 letter, and states that the referenced letters contain the best evidence of their contents.

12. Admits.

Dated: August 30, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

Of Counsel:

KENNETH L. WAINSTEIN
United States Attorney

AMY WEISER
Office of General Counsel
Department of Health
 and Human Services

_____/s/_____
ELIZABETH J. SHAPIRO
JEREMIAH E. GOULKA
Attorneys, U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883, Room 6136
Washington, DC  20044
Tel: (202) 514-5838
Fax: (202) 616-8460
Email: Jeremiah.Goulka@usdoj.gov

Attorneys for defendant