UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:05cv01127(CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Based on the Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Partial Summary Judgment and in Support of Defendant's Cross-Motion for Partial Summary Judgment and Defendant's Response to Plaintiff's Statement of Undisputed Material Facts, filed contemporaneously herewith, defendant hereby moves the Court to grant summary judgment in defendants' favor, pursuant to Fed. R. Civ. P. 56, and to deny plaintiff's motion for partial summary judgment by denying plaintiff's request for a fee waiver.

Dated: August 30, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

Of Counsel:

KENNETH L. WAINSTEIN
United States Attorney

AMY WEISER
Office of General Counsel
Department of Health
and Human Services

_____/s/_____
ELIZABETH J. SHAPIRO
JEREMIAH E. GOULKA
Attorneys, U.S. Department of Justice
Civil Division

1

Federal Programs Branch
P.O. Box 883, Room 6136
Washington, DC  20044
Tel: (202) 514-5838
Fax: (202) 616-8460
Email: Jeremiah.Goulka@usdoj.gov

Attorneys for defendant