UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**,<br><br>Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF HEALTH AND HUMAN SERVICES**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05cv01127(CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

### [Proposed] Order

Upon consideration of Defendant's Cross-Motion for Partial Summary Judgment, Plaintiff's Motion for Partial Summary Judgment, the arguments of the parties, and the entire record herein, it is hereby

ORDERED that Defendant's cross-motion for partial summary judgment be, and hereby is, GRANTED, and it is further

ORDERED that Plaintiff's motion for partial summary judgment be, and hereby is, DENIED, and it is further

ORDERED that Plaintiff is not entitled to a waiver of fees associated with its Freedom of Information Act request to Defendant dated January 11, 2005.

Dated: _____

                                                                                                             _____
                                                                                                              COLLEEN KOLLAR-KOTELLY
                                                                                                              United States District Judge