UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 1:05cv01127(CKK) |

**DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

1. On January 11, 2005, plaintiff requested documents from HHS under the Freedom of Information Act, asking HHS to produce "any contracts the Department of Health and Human Services may have entered into with any public affairs firm," as well as "records of contacts any Department of Health and Human Services employee may have had with any employee of any public affairs firm with which the Department of Health and Human Services had a contractual relationship." In its request, plaintiff sought a fee waiver. See Ex. F to plaintiff's Amended Complaint.

2. On June 8, 2005, plaintiff filed its complaint in this action.

3. On June 30, 2005, defendant denied plaintiff's request for a fee waiver in a letter presenting its reasons denying plaintiff's request. See Ex. G to Amended Complaint.

4. On July 6, 2005, plaintiff sent defendant a letter appealing its decision to deny plaintiff's request for a fee waiver. See Ex. H to Amended Complaint.

5. On July 14, 2005, defendant denied plaintiff's appeal in a letter presenting its reasons for denying plaintiff's appeal. See Ex. I to Amended Complaint.

Dated: August 30, 2005               Respectfully submitted,

                                     PETER D. KEISLER
                                     Assistant Attorney General

Of Counsel:                          KENNETH L. WAINSTEIN
                                     United States Attorney
AMY WEISER
Office of General Counsel
Department of Health
 and Human Services

                                     _____/s/_____
                                     ELIZABETH J. SHAPIRO
                                     JEREMIAH E. GOULKA
                                     Attorneys, U.S. Department of Justice
                                     Civil Division
                                     Federal Programs Branch
                                     P.O. Box 883, Room 6136
                                     Washington, DC  20044
                                     Tel: (202) 514-5838
                                     Fax: (202) 616-8460
                                     Email: Jeremiah.Goulka@usdoj.gov

                                     Attorneys for defendant