UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITENS FOR RESPONSIBILITY AND        :
ETHICS IN WASHINGTON                  :
11 Dupont Circle, N.W.                :
Washington, D.C. 20036                :
                                      :
        Plaintiff,                    :
                                      :
    v.                                :  Civil Action No. 1:05CV01127(CKK)
                                      :
U.S. DEPARTMENT OF HEALTH AND         :
HUMAN SERVICES                        :
Independence Avenue, S.W.             :
Washington, D.C. 20201                :
                                      :
        Defendant.                    :
_____:

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to LcvR 7(h), Plaintiff Citizens for Responsibility and Ethics in Washington hereby responds to Defendant U.S. Department of Health and Human Services' ("HHS") statement of undisputed material facts as follows:

1. Plaintiff admits that on January 11, 2005, it requested documents from HHS under the Freedom of Information Act, and that its request included, in part, the language cited in the first sentence. Plaintiff admits the second sentence.

2. Admitted.

3. Plaintiff admits that by letter dated June 30, 2005, Defendant denied Plaintiff's request for a fee waiver. The remainder of this paragraph is a characterization of that letter, which speaks for itself.

4. Admitted.

5. Plaintiff admits that by letter dated July 14, 2005, Defendant denied Plaintiff's appeal. The remainder of this paragraph is a characterization of that letter, which speaks for itself.

Respectfully submitted,

/s/_____
ANNE L. WEISMANN
D.C. Bar No. 298190
Melanie Sloan
D.C. Bar No. 434584
Citizens for Responsibility and
Ethics in Washington
11 Dupont Circle, N.W.
Washington, D.C. 20036
(202) 588-5565

Attorneys for Plaintiff

September 21, 2005