# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
CITIZENS FOR RESPONSIBILITY AND     :
ETHICS IN WASHINGTON                :
11 Dupont Circle, N.W.              :
Washington, D.C.  20036             :
                                    :
    Plaintiff,                   :
                                    :
  v.                              :  Civil Action No. 1:05CV01127(CKK)
                                    :
U.S. DEPARTMENT OF HEALTH AND       :
HUMAN SERVICES                      :
Independence Avenue, S.W.           :
Washington, D.C.  20201             :
                                    :
    Defendant.                   :
_____:

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") has a new address and telephone number.  All service, correspondence, and notices in this action should be directed to:

    Anne L. Weismann
    Citizens for Responsibility and Ethics in Washington
    1400 Eye Street, N.W.
    Suite 450
    Washington, D.C.  20005
    Telephone: (202) 408-5565, ext. 108
    Fax: (202) 588-5020
    E-Mail: Aweismann@citizensforethics.org

                          Respectfully submitted,

                          ___/s/_____
                          Anne L. Weismann
                          (D.C. Bar No. 298190)
                          Melanie Sloan
                          (D.C. Bar No. 434584)

                                             Citizens for Responsibility and
                                              Ethics in Washington
                                             1400 Eye Street, N.W.
                                             Suite 450
                                             Washington, D.C.  20005
                                             Phone: (202) 5408-5565
                                             Fax: (202) 588-5020

                                             Attorneys for Plaintiff

Dated: March 15, 2006