**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,   Plaintiff,   vs.   UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,   Defendant. | CV-05-01127 (CKK) |

**DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL**

Please substitute the appearance of Department of Justice attorney Adam D. Kirschner for Jeremiah Goulka as counsel of record for Defendant United States Department of Health and Human Services in the above-entitled action.

**Address for U.S. Mail**

Adam Kirschner
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044

Tel: (202) 353-9265
Fax: (202) 616-8470
E-Mail: Adam.Kirschner@usdoj.gov

**Address for Overnight Mail and Hand Delivery**

Adam Kirschner
Trial Attorney, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 7126
Washington, D.C. 20001

Dated: May 30, 2006                     Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        KENNETH L. WAINSTEIN
                                        United States Attorney

                                        ELIZABETH J. SHAPIRO (D.C. Bar 418925)
                                        Assistant Branch Director


                                        _/s/_____
                                        ADAM D. KIRSCHNER
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        <u>Mailing Address</u>
                                        P.O. Box 883
                                        Washington, D.C., 20044
                                        <u>Delivery Address</u>
                                        20 Massachusetts Ave., NW., Room 7126
                                        Washington, DC 20001
                                        Telephone: (202) 353-9265
                                        Fax: (202) 616-8470
                                        Adam.Kirschner@usdoj.gov

                                        COUNSEL FOR DEFENDANT