UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>Defendant. | Civil Action No. 05–1127 (CKK) |

**MEMORANDUM OPINION**
(September 8, 2006)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 8th day of September, 2006, hereby

ORDERED that [11] Plaintiff's Motion for Partial Summary Judgment is GRANTED; it is also

ORDERED that [14] Defendant's Cross-Motion for Partial Summary Judgment is DENIED; it is also

ORDERED that Defendant is ordered to grant Plaintiff a public interest fee waiver by October 6, 2006; it is also

ORDERED that the Parties are to file a Joint Status Report as to how they propose to proceed in this case by October 13, 2006.

>             */s/*
> COLLEEN KOLLAR-KOTELLY
> United States District Judge