## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:05CV01127(CKK) |
| | : |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES | : |
| | : |
| | : |
| Defendant. | : |

---

### PLAINTIFF'S MOTION TO PUBLISH MEMORANDUM OPINION OF SEPTEMBER 8, 2006 AND SUPPORTING MEMORANDUM

Citizens for Responsibility and Ethics in Washington ("CREW"), plaintiff in the above-captioned action, hereby moves the Court to submit for publication its Memorandum Opinion of September 8, 2006. As grounds for this motion, CREW states as follows:

1. CREW brought this lawsuit when defendant U.S. Department of Health and Human Services ("HHS") refused to comply with CREW's request, made under the Freedom of Information Act ("FOIA"), for documents of contacts between HHS and any external public affairs firms. When HHS denied CREW's request for a waiver of the fees associated with processing CREW's FOIA request, CREW amended its complaint to include a challenge to the fee waiver denial.

2. Thereafter, the parties filed cross-motions for partial summary judgment on the fee waiver issue. On September 8, 2006, the Court issued a Memorandum Opinion granting Plaintiff's Motion for Partial Summary Judgment and denying Defendant's Cross-Motion for Partial Summary Judgment.

3.  The Court's 30-page Memorandum Opinion contains a detailed analysis of the legal standards for a waiver of fees under the FOIA and the respective burdens of proof that the agency and requester bear.  This analysis adds considerably to the current body of case law in this Circuit on the fee waiver issue, and would benefit not only the instant parties, but the FOIA community at large.

4.  Moreover, while the Court's decision was based on the specific factual record before it, this is a factual context that is likely to arise in the future given CREW's frequent use of the FOIA to obtain agency records on matters of public interest.  In this respect CREW is situated similarly to Judicial Watch, the requester that was the subject of a published opinion on which this Court's analysis relies in part – <u>Judicial Watch, Inv. v. U.S. Dep't of Justice</u>, 185 F.Supp.2d 54, 60 (D.D.C. 2002).

5.  Accordingly, CREW requests that the Court submit its September 8, 20006 Memorandum Opinion for publication so that other FOIA requesters and agencies can have ready access to this Court's useful and detailed analysis.

5.  Counsel for HHS has authorized CREW to represent that HHS opposes this motion.

Respectfully submitted,

_____/s/_____
Melanie Sloan
(D.C. Bar No. 434584)
Anne L. Weismann
(D.C. Bar No. 298190)
Citizens for Responsibility and
  Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20005
Phone: (202) 408-5565
Fax: (202) 588-5020

2

Attorneys for Plaintiff


Dated: September 26, 2006