# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | Civil Action No. 1:05CV01127(CKK) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Publish Memorandum Opinion of September 8, 2006 and Supporting Memorandum, Defendant's Opposition thereto, and the entire record herein, and it is hereby

**ORDERED** that Plaintiff's motion be, and hereby is, **GRANTED**, and it is further

**ORDERED** that the Court's Memorandum Opinion of September 8, 2006, shall be submitted for publication.

Dated: _____                              _____
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge