UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES )<br>)<br>Defendant. )<br>) | CV-05-1127 (CKK) |

**DEFENDANT'S [AMENDED] MOTION FOR A STAY OF PROCEEDINGS**

Pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and <u>Open Am. v. Watergate Special Prosecution Force</u>, 547 F.2d 605 (D.C. Cir. 1976), defendant, United States Department of Health and Human Services, by and through its undersigned counsel, hereby move this Court for a stay of proceedings as set forth in the Memorandum attached to its Motion for a Stay of Proceedings, dated November 17, 2006 (Docket # 25). Defendant amends that motion based on information contained in the Supplemental Declaration of Robert Eckert, Director of the Freedom of Information/Privacy Acts Division, Office of the Assistant Secretary for Public Affairs, Department of Health and Human Services, attached to this motion. Defendant respectfully requests that this Court order defendant to produce all documents, besides the documents from the National Institute of Health ("NIH"), responsive to plaintiff's Freedom of Information Act request on a rolling basis every six weeks, beginning January 26, 2007, and ending on April 20, 2007. For the documents from the NIH, defendant asks this Court to order plaintiff to narrow its

request to exclude all contact information or to give defendant until January 26, 2010,[1] to produce all such documents.

Dated November 30, 2006     Respectively Submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
(D.C. Bar 418925)
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

/s/ *Adam D Kirschner*
ADAM D. KIRSCHNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Mailing Address
P.O. Box 883
Washington, D.C., 20044
Delivery Address
20 Massachusetts Ave., NW., Room 7126
Washington, D.C. 20001
Telephone: (202) 353-9265
Fax: (202) 616-8470
adam.kirschner@usdoj.gov

Counsel for Defendant

---

[1] Due to a clerical error, the proposed order attached to the motion filed November 17, 2006, stated that the NIH documents be produced by August 10, 2010. See Docket #25. That has been changed in the proposed order attached to this motion to be consistent with the November 17th motion and this amended motion. It now reads that the NIH documents be produced by January 26, 2010.