UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY<br>AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1127<br>)<br>)<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL DECLARATION OF ROBERT ECKERT

I, Robert Eckert, declare as follows:

1. I am the Director of the Freedom of Information/Privacy Acts Division, Office of the Assistant Secretary for Public Affairs, Department of Health and Human Services (HHS, or the Department) and filed a declaration in this litigation.

2. This supplemental declaration adjusts certain information from my previous declaration, dated November 17, 2006.

3. I make this supplemental declaration based on my personal knowledge and on information I received in the performance of my official duties.

4. On November 29, 2006, I became aware of a change in the estimated responsive pages from the Centers for Medicare and Medicaid Services (CMS). It was earlier estimated that they might have approximately 27,000 pages, and this estimate was included as part of the 30,000 pages estimated that all HHS components, except the National Institutes of Health (NIH), identified as potentially responsive in paragraph 38 of my earlier declaration. CMS now estimates that of the 27,000 pages, it will have approximately 6,000 to 7,000 pages of responsive

documents. Since my November 17, 2006 declaration, other HHS components have provided my office with additional rough estimates of responsive pages. As of today, we estimate that the HHS components, except NIH, have identified approximately 11,000 to 12,000 pages as potentially responsive that have yet to be produced, and they are still being reviewed.

5. CMS has revised its page estimate because of information it has learned while processing CREW's request. CMS had made the original estimate of potentially responsive pages based on what the different offices in CMS had forwarded to its FOIA office. The different offices had forwarded approximately 27,000 pages of documents relating to public affairs entities, including contracts with such entities. While reviewing those pages, CMS has become aware that those pages include documents that the FOIA office does not consider responsive. Specifically, the documents include contract deliverables and contractor invoices, which fall outside the scope of CREW's request. HHS has interpreted the word "contacts" in CREW's FOIA request to include direct communications between HHS employees and employees of public affairs firms, and not to include the actual contract deliverables and invoices. It has been our experience that requesters are not seeking copies of deliverables (e.g., posters, hand-outs, CD, etc.) which are identified in the contract document and many of which are publicly available. With respect to invoices, total costs are also identified in the contracts, along with accounting information, and this type of disclosure usually negates the necessity of providing actual copies of paid invoices. Further, the only information available from an invoice is the amount actually paid by the agency and not the supporting documentation provided by the contractor that identifies line item expenses, which are subject to withholding pursuant to FOIA Exemption 4. CMS is still reviewing the 27,000 pages and sorting out the non-responsive pages. CMS has

completed review of approximately 5,000 out of the 27,000 pages. It estimates that it will ultimately have 6,000 to 7,000 pages of responsive documents.

6. CMS is still searching and reviewing potentially responsive documents. As CMS identifies a batch of documents it considers responsive, it will forward that batch of documents to the central HHS FOIA office. CMS anticipates sending approximately 1,400 pages to the central FOIA office for processing by December 8, 2006. This is in addition to the approximately 1,160 pages from CMS that HHS has already produced to CREW.

7. Due to the decrease in the number of CMS pages that will be transmitted to my office for review, we are reducing our estimated date to complete processing the FOIA request for all records, except NIH records, to April 20, 2007.

I declare under penalty of perjury that the foregoing to true and correct. Executed on this 30th day of November, 2006.

_____
Robert Eckert