UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | CV-05-1127 (CKK) |
| vs. | ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES | ) ) ) | |
| Defendant. | ) ) | |

**[Amended] [Proposed] ORDER**

This matter is before the Court on defendant's motion for a stay of proceedings. This Court has duly considered the motion and having found it to be meritorious, the Court hereby,

**GRANTS** Defendant's motion for a stay of proceedings;

**ORDERS** defendant to produce all documents, besides the documents from the National Institute of Health ("NIH"), responsive to plaintiff's Freedom of Information Act ("FOIA") request on a rolling basis every six weeks, beginning January 26, 2007, and ending on April 20, 2007;

**FURTHER ORDERS** defendant to produce all documents from the NIH that are responsive to plaintiff's FOIA request by January 26, 2010.

SIGNED and ENTERED this ___ day of _____, 2006.

                                                              _____
                                                              COLLEEN KOLLAR-KOTELLY
                                                              UNITED STATES DISTRICT JUDGE