UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND : <br> ETHICS IN WASHINGTON : <br> 11 Dupont Circle, N.W. : <br> Washington, D.C. 20036 : <br>  : <br> Plaintiff, : <br>  : <br> v. : <br>  : <br> U.S. DEPARTMENT OF HEALTH AND : <br> HUMAN SERVICES : <br> Independence Avenue, S.W. : <br> Washington, D.C. 20201 : <br>  : <br> Defendant. : | Civil Action No. 1:05CV01127(CKK) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for a Stay of Proceedings, Plaintiff's Opposition thereto, and the entire record herein,, it is hereby

**ORDERED** that Defendant's motion for a stay be, and hereby is, DENIED, and it is further

**ORDERED** that Defendant shall produce all documents responsive to Plaintiff's Freedom of Information Act request by January 26, 2007.

Dated: _____    _____
COLLEEN KOLLAR-KOTELLY
United States District Judge