IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CITENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, )<br>)<br>Defendant. )<br>_____) | CV-05-01127 (CKK) |

## NOTICE

Defendant Department of Health and Human Services ("HHS") hereby informs the Court that it has completed production of non-National Institute of Health ("NIH") documents in advance of the date requested in its <u>Open America</u> Stay Motion. <u>See</u> Letter from HHS to the Citizens for Responsibility and Ethics in Washington, dated February 20, 2007 (attached);[1] Defendant's Amended Motion for a Stay of Proceedings ("Def.'s Amended Motion) (Dkt. # 26). Therefore, with respect to non-NIH documents, that aspect of the motion is now moot. However, for the reasons stated forth in its Memorandum in Support of its Motion to Stay Proceedings and its Reply brief, and in the declarations attached to those briefs, defendant is still seeking the requested relief as it pertains to the NIH. <u>See</u> Def.'s Amended Motion; Defendant's Memorandum in Support of its Motion for a Stay of Proceedings (Dkt. #25); Defendant's Reply to Opposition to Motion to Stay Proceedings (Dkt. #28).

---

[1] The letter was sent on February 27, 2007 but due to a clerical error it was dated February 20, 2007.

Dated: February 28, 2007                    Respectfully submitted,

                                                    PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar 418925)
Assistant Branch Director


\_/s/_____
ADAM D. KIRSCHNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C., 20044
<u>Delivery Address</u>
20 Massachusetts Ave., NW., Room 7126
Washington, DC 20001
Telephone: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

COUNSEL FOR DEFENDANT