**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Washington, D.C. 20201

Case No. 2005-0373RE

February 20, 2007

**Sent by Federal Express (no. 8598 2957 2626)**
Melanie Sloan
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, NW
Suite 450
Washington, DC 20005

Dear Ms. Sloan:

This is our third release[1] of records responsive to your January 11, 2005, Freedom of Information Act (FOIA) request for the Department of Health and Human Services (HHS) contracts and contacts with public affairs firms from January 1, 2001.

Enclosed you will find approximately 717 pages of records which originated in the Centers for Medicare and Medicaid Services (CMS). I have determined to withhold portions of some of the released pages under FOIA exemption (b)(4), (b) (5) and (b)(6).

With this delivery, you have been provided all of the records located which are responsive to your request, except for the National Institutes of Health (NIH) records. The NIH is currently reviewing its contract records and after it is done with its initial review, and this office concludes its review, we will produce those contracts on a rolling basis.

Exemption (b)(4) permits the withholding of commercial or financial information that was obtained from a person outside the government and that is privileged or confidential. The material withheld includes contractor bank account information; provisional overhead and fringe cost rates; and indirect cost rates.

Exemption (b)(5) permits the withholding of inter-and intra-agency records which are predecisional, and in this case includes the deliberative process privilege. The records withheld include draft material. Disclosure of such material would inhibit the open and candid expression of such views in similar future deliberations and have a detrimental effort on our decision making process.

---

[1] The initial release of approximately 2,708 pages was sent on November 16, 2006. The second release of approximately 3,266 pages was sent on January 24, 2007.

W

Exemption (b)(6) permits the withholding of personal privacy information. The information withheld includes employees' home telephone numbers, after work hours contact information and information about the employees' personal information (e.g., health status or vacation schedule).

If you have reason to believe that the information withheld should not be exempt from disclosure, you may appeal. Your appeal should be mailed within 30 days from the date of this letter, to the Deputy Assistant Secretary for Public Affairs (Media), US Department of Health and Human Services, 330 C Street, SW, Room 5416, Mary E. Switzer Building, Washington, DC 20201. Clearly mark both the envelope and your letter "Freedom of Information Act Appeal."

Sincerely yours,

Robert Eckert
Director
FOI/Privacy Acts Division
Office of Public Affairs