# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | CV-05-1127 (CKK) |
| vs. | ) ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff and defendant stipulate, through their undersigned counsel, to dismiss this case with prejudice.

Respectfully submitted,

*/s/ Anne L Weismann*
ANNE L. WEISMANN
(D.C. Bar No. 298190)
MELANIE SLOAN
(D.C. Bar No. 434584)
Citizens for Responsibility and
Ethics in Washington
1400 Eye Street, N.W., Suite 450,
Washington, D.C. 20005
(202) 408-5565

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

/s/ *Adam D Kirschner*
ADAM D. KIRSCHNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Mailing Address
P.O. Box 883
Washington, D.C., 20044

<u>Delivery Address</u>
20 Massachusetts Ave., NW., Room 7222
Washington, DC 20001
Telephone: (202) 514-5302
Fax: (202) 616-8470
adam.kirschner@usdoj.gov

Counsel for Defendant
